# EXHIBIT H

VitalCore Health Strategies

Form #127

Revised 5.3.2020

NAME: erica L

ID/#: P0058982-4

## NOTICE OF SAFETY PROTOCOL STATUS

DOB: 9/16/91 ☐ MALE ☐ FEMALE

FACILITY: Galveston County Jail

DATE PLACED ON WATCH/MONITORED STA

HCP Providing Orders: ______ Date/Time: ______

**Status:**

☐ Place on Suicide/Safety Watch
☐ Place on Other Monitored Status
Frequency of checks: Q______ Staggered
☐ Discontinue Suicide/Safety Watch
☐ Discontinue Other Monitored Status

**Housing Recommendations:**

☐ Designated Safe Cell Placement: ______

Continued from last month

**Justification/Presentation:**

☐ Demonstrating unsafe or risky behaviors; at risk for self-harm
☐ (SI) Suicidal Ideations ☐Plan ☐Intent ☐Means ☐Imminent Risk ☐Per Hx
☐ (SG) Suicidal Gesture and/or Threat ☐Imminent Risk ☐Per Hx
☐ (SA) Suicidal Attempt ☐Imminent ☐Per Hx
☐ (SH) Self-Harm ☐ Imminent ☐Per Hx ☐Type: ______
☐ Psychosis: ___ Auditory ___ Visual ___ Tactile ___ Substance Induced ___ Paranoia
☐ Situational: ___ Trauma ___ Loss ___ Difficulty Adjusting to Incarceration ___ Other
☐ Hx of Psychiatric Hospitalizations
☐ External Recommendation ☐ Return from Furlough

Additional Information/Notes: ______

**Levels of Supervision:**

☐ Suicide/Safety Watch – Highest level of supervision available in the facility, Safety Smock, minimum Q15 staggered checks.
☐ Other Monitored Status – Increased Monitoring, but a lower level than Suicide/Safety Watch, as determined by the facility; or call the VitalCore's QBHP/Outsourced Mental Health Provider to receive a disposition decision. Place Pt on the QBHPs next clinic schedule/make a referral if BH is outsourced.

Items checked below are allowed as per HCP's orders. At any time, detention security staff may remove items from within the cell for security reasons. It is recommended that additional items be restricted, justification and approval will be obtained by the facility administrator.

☐ Safety Smock Only ☐ Safety Blanket Only

**Hygiene:**

☐ Supervised ☐ Non-Supervised ☐ No Sharps (razors)

**Dining:**

☐ Finger Food (☐ H.S.A. approval; Date/Time______) ☐ Regular Tray

**Notes:** ______

**SIGNATURES**

☐ Copy provided to Corrections Supervisor- Name: ______ Date: ______

Signature/Title of Healthcare Staff Completing Form | Date

GC000851

VitalCore Health Strategies

Form #145

Revised: 3-7-2020

NAME: Serrano, Angelica L.
Last First MI

ID/#: P00589824

DOB: 9/16/91 ☐ MALE ☒ FEMALE

## RESTRICTIVE HOUSING / SPECIAL MANAGEMENT ROUNDS

MONTH: Dec YEAR: 2020

| Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | | 1100 | | 1450 | | | 0926 | | 0931 | | 1100 | | | 0849 | | 0935 |
| Response | | 2 | | 2 | | | 2 | | 2 | | 2 | | | 2 | | 2 |
| A=Admission R=Release | | | | | | | | | | | | | | | | |
| Initials | | zg | | zg | | | zg | | zg | | SF | | | zg | | zg |

| | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | | 1042 | | | 1327 | | 0936 | | | | | 0954 | | 0850 | |
| Response | | 2 | | | 2 | | 2 | | | | | 3-Hosp | | 3-med | |
| A=Admission R=Release | | | | | | | | | | | | | | (moved to D2) | |
| Initials | | zg | | | zg | | zg | | | | | zg | | zg | |

*RESPONSE LEGEND:* 1 = Verbal response to health staff 2 = Resting Respirations noted 3 = Pt. not in cell 4= Medical Request Received

(Staff Alert: Monitor for indicators of self-harm, injury & depression while individual is placed in restrictive housing)

Staff initials indicate rounds made; additional comments regarding health care are documented in health record

[illegible signature] Stack

zg [illegible signature]

GC000852

VitalCore Health Strategies

Form #127

Revised: 5.3.2020

NAME: Serrano, Angelica L.
Last First MI

ID/#: P00589824

DOB: 9/16/91 ☐ MALE ☒ FEMALE

## NOTICE OF SAFETY PROTOCOL STATUS

FACILITY: Galveston County Jail

DATE PLACED ON WATCH/MONITORED STATUS:

HCP Providing Orders: MO Killyon

Date/Time: 11/2/20 @ 10:12 pm

**Status:**

☐ Place on Suicide/Safety Watch
☒ Place on Other Monitored Status
Frequency of checks: Q 3x/wk Staggered
☐ Discontinue Suicide/Safety Watch
☐ Discontinue Other Monitored Status

**Housing Recommendations:**
☐ Designated Safe Cell Placement: D2

**Justification/Presentation:**

☒ Demonstrating unsafe or risky behaviors; at risk for self-harm
☐ (SI) Suicidal Ideations ☐Plan ☐Intent ☐Means ☐Imminent Risk ☐Per Hx
☐ (SG) Suicidal Gesture and/or Threat ☐Imminent Risk ☐Per Hx
☐ (SA) Suicidal Attempt ☐Imminent ☐Per Hx
☐ (SH) Self-Harm ☐ Imminent ☐Per Hx ☐Type: ___
☐ Psychosis: ___ Auditory ___ Visual ___ Tactile ___ Substance Induced ___ Paranoia
☐ Situational: ___ Trauma ___ Loss ___ Difficulty Adjusting to Incarceration ___ Other
☐ Hx of Psychiatric Hospitalizations
☐ External Recommendation ☐ Return from Furlough

Additional Information/Notes: per security

**Levels of Supervision:**

☐ **Suicide/Safety Watch** – Highest level of supervision available in the facility, Safety Smock, minimum Q15 staggered checks.
☒ **Other Monitored Status** – Increased Monitoring, but a lower level than Suicide/Safety Watch, as determined by the facility; or call the VitalCore's QBHP/Outsourced Mental Health Provider to receive a disposition decision. Place Pt on the QBHPs next clinic schedule/make a referral if BH is outsourced.

*Items checked below are allowed as per HCP's orders. At any time, detention security staff may remove items from within the cell for security reasons. If it is recommended that additional items be restricted, justification and [illegible] be obtained by the facility administrator.*

☐ Safety Smock Only ☐ Safety Blanket Only

**Hygiene:**
☐ Supervised ☒ Non-Supervised ☐ No Sharps (razors)

**Dining:**
☐ Finger Food (☐ H.S.A. approval; Date/Time___) ☒ Regular Tray

**Notes:**

**SIGNATURES**

☐ Copy provided to Corrections Supervisor- Name: ___ Date: ___

[signature]

Signature/Title of Healthcare Staff Completing Form

11.2.20
Date

VitalCore Health Strategies

Form #145

Revised: 3-7-2020

NAME: Serrano, Angelica (Last, First)

ID/#: P00589824

DOB: 9/16/91 ☐ MALE ☒ FEMALE

## RESTRICTIVE HOUSING / SPECIAL MANAGEMENT ROUNDS

MONTH: November YEAR: 2020

| Date | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | | 1022 | | 1430 | | 1313 | | | 1232 | | 1232 | | 1319 | | | 0950 |
| Response | | 2 | | 2 | | 2 | | | 1 | | 1 | | | | | 2 |
| A=Admission R=Release | | | | \ | | | | | | | | | | | | |
| Initials | | Cep | | AA | | CU | | | Cep | | SF | | Zg | | | Zg |

| | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | | 1035 | | 1030 | | | 1045 | | 0840 | | 0841 | | | 0930 ~~0848~~ | |
| Response | | 2 | | 2 | | | 1 | | 2 | | 2 | | | 2 | |
| A=Admission R=Release | | | | | | | | | | | | | | | |
| Initials | | Zg | | Zg | | | Zg | | Zg | | Zg | | | Zg | |

***RESPONSE LEGEND:*** 1 = Verbal response to health staff 2 = Resting Respirations noted 3 = Pt. not in cell 4= Medical Request Received

*(Staff Alert: Monitor for indicators of self-harm, injury, & depression while individual is placed in restrictive housing)*

Staff initials indicate rounds made; additional comments regarding health care are documented in health record

A. Arredondo RN AA Lipthart RN Zg

C. Garcia Cep

Meck SF

GC000854