United States District Court
Southern District of Texas
**ENTERED**
June 24, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ANGELICA SERRANO, § § § Plaintiff, § § VS. § GALVESTON COUNTY, *et al.*, § § § Defendants. § | 3:23-cv-8 |

# FINAL JUDGMENT

Pursuant to the court's memorandum opinion, Dkt. 24, entered in this case granting the defendants motions for summary judgment, Dkts. 22, 23, it is ordered that this case is dismissed with prejudice.

### THIS IS A FINAL JUDGMENT.

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 24th day of June, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE